Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JORGE SALAZAR, on Behalf of Himself and All Others Similarly Situated

vs

GREENPOINT MORTGAGE FUNDING, INC., a New York corporation

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0155 WQH AJB

FILED 08 JAN 25 PM 1:47 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

TO: (Name and Address of Defendant)

GREENPOINT MORTGAGE FUNDING, INC.,
100 Wood Hollow Drive
Novato, CA 94945

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Theodore J. Pintar
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 W. Broadway, Suite 1900
San Diego

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                               JAN 25 2008
                                                          DATE

CLERK
J. BORIS

By _____, Deputy Clerk

Summons in a Civil Action                                   Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)