| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Theodore J. Pintar, Esq., Bar #131372<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone No: 619-231-1058    FAX No: 619-231-7423 | FILED<br>2008 FEB -7 PM 1:07<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____KNK_____ DEPUTY |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of California

Plaintiff: Jorge Salazar, et al
Defendant: Greenpoint Mortgage Funding, Inc., a New York corporation

| **PROOF OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0155WQHAJB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint

3. a. Party served:          Greenpoint Mortgage Funding, Inc., a New York Corporation
   b. Person served:        Karen Harris, Person Authorized to Accept Service of Process

4. Address where the party was served:     C S C Lawyers
                                           2730 Gateway Oaks Drive, #100
                                           Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 29, 2008 (2) at: 12:45PM

7. *Person Who Served Papers:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Mark Dingman                                   d. *The Fee for Service was:*
   b. Class Action Research &                        e. I am: (3) registered California process server
      Litigation Support Services, Inc.                    (i)   Employee
      P O Box 740                                          (ii)  Registration No.:     04-001
      Penryn, CA 95663                                     (iii) County:               Placer
   c. (866) 663-9590, FAX (866) 663-4955                   (iv)  Expiration Date:      Wed, Mar. 05, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jan. 29, 2008

   Judicial Council Form                    PROOF OF SERVICE                      (Mark Dingman)
   Rule 982.9.(a)&(b) Rev January 1, 2007   Summons/Complaint                                        thpin.102262

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALAZAR, on Behalf of Himself and All Others Similarly Situated<br>vs<br>GREENPOINT MORTGAGE FUNDING, INC., a New York corporation | SUMMONS IN A CIVIL ACTION<br>Case No.<br>**08 CV 0155 WQH AJB** |

TO: (Name and Address of Defendant)

GREENPOINT MORTGAGE FUNDING, INC.,
100 Wood Hollow Drive
Novato, CA 94945

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Theodore J. Pintar
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
655 W. Broadway, Suite 1900
San Diego

   An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____ Deputy Clerk

JAN 2 5 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)