1  THEODORE J. PINTAR ( Bar No. 131372)
   COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
2  655 West Broadway, Suite 1900
   San Diego, California  92101-3301
3  Telephone: (619) 231-1058
   Facsimile:  (619) 231-7423
4  Email:      tedp@csgrr.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111-4144
7  Telephone: (415) 984-6400
   Facsimile:  (415) 984-2698
8  Email:      rkennedy@skadden.com

9  Attorneys for Defendant
   **GREENPOINT MORTGAGE FUNDING, INC.**
10

11              **UNITED STATES DISTRICT COURT**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13

14 | JORGE SALAZAR, on Behalf of Himself and ) | CASE NO. 08-CV-00155-L-AJB
   | All Others Similarly Situated,          ) |
15 |                                         ) | CLASS ACTION
   |                  Plaintiff,             ) |
16 |                                         ) | **JOINT MOTION FOR EXTENSION OF**
   |        v.                               ) | **TIME FOR DEFENDANT**
17 |                                         ) | **GREENPOINT MORTGAGE FUNDING,**
   | GREENPOINT MORTGAGE FUNDING, INC.,      ) | **INC. TO ANSWER OR OTHERWISE**
18 | a New York corporation,                 ) | **RESPOND TO COMPLAINT**
   |                                         ) |
19 |                  Defendant.             ) | Judge:  The Honorable M. James Lorenz
   |                                         ) | Courtroom No. 14
20
                                                 DEMAND FOR JURY TRIAL
21

22

23

24      WHEREAS, on January 18, 2008, plaintiffs Ana and Ismael Ramirez filed a Complaint For:

25 1. Violation of the Equal Credit Opportunity Act; 15 U.S.C. § 1691[¶] 2. Violation of the Fair

26 Housing Act; 42 U.S.C. § 2601 [¶] 3. Violation of the Civil Rights Act, 42 U.S.C. 1981; and [¶] 4.

27 Violation of the Civil Rights Act, 42 U.S.C. § 1982, in *Ramirez v. Greenpoint Mortgage Funding,*

28 *Inc.*, No. C08-0369 (N.D. Cal.), in United States District Court for the Northern District of

1  California against Greenpoint Mortgage Funding, Inc. ("Greenpoint"), asserting claims on behalf of
2  themselves and a putative class of minority borrowers, alleging that Greenpoint engaged in
3  discriminatory loan pricing practices in violation of federal law;

4  　　　WHEREAS, on January 25, 2008, plaintiff Jorge Salazar filed a Complaint For Violation Of
5  The Equal Credit Opportunity Act, 15 U.S.C. § 1691, The Fair Housing Act, 42 U.S.C. §§3601-
6  3619 And The Civil Rights Act, 42 U.S.C. §§1981 and 1982, in *Salazar v. Greenpoint Mortgage
7  Funding, Inc.*, No. 08-CV-00155-L-AJB (S.D. Cal.), against Greenpoint in this Court, asserting
8  claims on behalf of himself and a putative class of minority borrowers, also alleging that
9  Greenpoint engaged in discriminatory loan pricing practices in violation of federal law;

10 　　　WHEREAS, the deadline for Greenpoint to answer or otherwise respond to the complaint in
11 *Salazar* is February 19, 2008, and the parties have stipulated that the deadline for Greenpoint to
12 answer or otherwise respond to the complaint in *Ramirez* is March 20, 2008;

13 　　　WHEREAS, counsel for plaintiff in this action is engaged in discussion with counsel for
14 plaintiffs in *Ramirez* regarding the possible transfer, coordination or other arrangement that would
15 result in the joint litigation of the *Salazar* and *Ramirez* actions in one court;

16 　　　WHEREAS, the parties to this action agree that good cause exists to extend the deadline for
17 Greenpoint to answer or otherwise respond to the *Salazar* complaint, including that extending the
18 deadline for Greenpoint to respond to the complaint will save the parties' and judicial resources,
19 including the possibility that the parties will agree to transfer or coordinate *Salazar* and *Ramirez*,
20 which would preclude the need to brief and resolve a motion to dismiss, stay or transfer the *Salazar*
21 action, and one or more motions to dismiss the complaints under Rule 12 of the Federal Rules of
22 Civil Procedure in both this action and *Ramirez*.

1  THE UNDERSIGNED JOINTLY MOVE, subject to approval of the Court, that defendant Greenpoint shall have through and including February 28, 2008, in which to file and serve its answer or other response to the Complaint.

DATED: February 19, 2008            COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP


By:    s/Ted Pintar
       Attorneys for Plaintiff JORGE SALAZAR
       Email:  tedp@csgrr.com


DATED: February 19, 2008            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:    s/Raoul D. Kennedy
       Attorneys for Defendant GREENPOINT
       MORTGAGE FUNDING, INC.
       Email:  rkennedy@skadden.com