UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALAZAR, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a New York corporation,<br><br>Defendant. | CASE NO. 08-CV-00155-L-AJB<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: The Honorable M. James Lorenz<br>Courtroom: 14 |

Upon consideration of the Joint Motion for Order Extension of Time for Defendant Greenpoint Mortgage Funding, Inc. to Answer or Otherwise Respond to Complaint, and for good cause shown, this Court GRANTS the Joint Motion and ORDERS that Defendant shall have through and including February 28, 2008 in which to file and serve its answer or other response to the Complaint.

DATED: February 20, 2008

_____
The Honorable M. James Lorenz
United States District Judge

ORDER                                                                                    CASE NO. 08-CV-00155-L-AJB