```
 1  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  JOHN J. STOIA, JR. (141757)
    THEODORE J. PINTAR (131372)
 3  LESLIE E. HURST (178432)
    655 West Broadway, Suite 1900
 4  San Diego, CA  92101-3301
    Telephone: 619/231-1058
 5  619/231-7423 (fax)
    johns@csgrr.com
 6  tedp@csgrr.com
    leslieh@csgrr.com
 7
    BONNETT, FAIRBOURN,
 8    FRIEDMAN & BALINT, P.C.
    ANDREW S. FRIEDMAN
 9  WENDY J. HARRISON (151090)
    2901 N. Central Avenue, Suite 1000
10  Phoenix, AZ  85012
    Telephone: 602/274-1100
11  602/274-1199 (fax)
    afriedman@bffb.com
12  wharrison@bffb.com

13  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALAZAR, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a New York corporation,<br><br>Defendants. | No. 08-cv-00155-WQH(AJB)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2       Plaintiff hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).
3  That rule provides that "an action may be dismissed by the plaintiff without the order of court (i) by
4  filing a notice of dismissal at any time before service by the adverse party of an answer or of a
5  motion for summary judgment, whichever first occurs . . . ." No answer or summary judgment
6  motion has been filed in this action.

7  DATED: February 21, 2008         COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    JOHN J. STOIA, JR.
8                                   THEODORE J. PINTAR
9                                   LESLIE E. HURST

10

11                                      s/ Leslie E. Hurst
                                       LESLIE E. HURST
12
                                    655 West Broadway, Suite 1900
13                                  San Diego, CA 92101
                                    Telephone: 619/231-1058
14                                  619/231-7423 (fax)

15                                  BONNETT, FAIRBOURN, FRIEDMAN
                                      & BALINT, P.C.
16                                  ANDREW S. FRIEDMAN
                                    WENDY J. HARRISON
17                                  2901 N. Central Avenue, Suite 1000
                                    Phoenix, AZ 85012
18                                  Telephone: 602/274-1100
                                    602/274-1199 (fax)
19
                                    Attorneys for Plaintiff
20

21

22

23

24

25

26

27

28  S:\CasesSD\Greenpoint FHA\NOT 00049280.doc

- 1 -                                          08-cv-00155-WQH(AJB)

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 21, 2008.

    s/ Leslie E. Hurst
    LESLIE E. HURST

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: leslieh@csgrr.com

# Mailing Information for a Case 3:08-cv-00155-L-AJB

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Raoul Dion Kennedy**
  rkennedy@skadden.com,khartley@skadden.com

- **Theodore Joseph Pintar**
  TedP@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)